# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CHRISTOPHER REYNOLDS**
       Plaintiff
  vs.                        **CASE NUMBER: 1:11-CV-778 (NPM)**

**COMMISSIONER OF SOCIAL SECURITY**
       Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Judgment on the Pleadings is DENIED, and the Commissioner's Motion for Judgment on the Pleadings is GRANTED. Therefore the Complaint filed by Christopher Reynolds is DISMISSED and this case is closed.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 6th day of June, 2012.

DATED: June 6, 2012

*Lawrence K. Baerman*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk